**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

## CHAPTER 13 PLAN COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | **3/23/2017** | Docket #: | **17-10995** |
| Debtor: | **Robert H. Pollock** | Co - Debtor: | **David A. Elston** |
| Address: | **23 Trescott Street** | Address: | **23 Trescott Street** |
| | **Dorchester, MA 02125** | | **Dorchester, MA 02125** |

Debtor's Counsel: **Keith Durden**
Address: **The Durden Law Office**
**24 Adams Street**
**Quincy, MA 02169**

Telephone #: **(617) 328-4844**
Facsimile #: **(617) 328-4846**
Email Address: **durdenkeith@verizon.net**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE.  THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS.  THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341.  THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL FIFTEEN (15) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

# CHAPTER 13 PLAN

Docket # **17-10995**

DEBTORS: (H) **Robert H. Pollock**  SS # **xxx-xx-9239**
(W) **David A. Elston**  SS # **xxx-xx-6718**

TERM OF THE PLAN: **18** Months (If the plan is longer than thirty-six (36) months and debtor's plan is governed by 11 U.S.C. § 1322(d)(2), a statement of cause must be attached hereto.)

PLAN PAYMENT:  Debtor(s) to Pay Monthly:  **$3,500.00**

## I. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **MASSACHUSETTS DEPARTMENT OF REVENUE** | Tax Lien | **$10,584.00** |
| **Total of secured claims to be paid through the Plan:** | | **$10,584.00** |

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **NATIONSTAR MORTGAGE** | **MORTGAGE** |
| **WELLS FARGO BANK** | **MORTGAGE** |

## II. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

B. All Other Priority Creditors:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Massachusetts Department of Revenue** | **Taxes** | **$25,804.00** |
| **Total of Priority Claims to Be Paid Through the Plan:** | | **$25,804.00** |

## III. ADMINISTRATIVE CLAIMS:

A. Attorneys Fees (to be paid through the plan):  **$750.00**

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a **10%** Trustee's commission.

## IV. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **6.99%** of their claims.

A. General unsecured claims  **$279,740.00**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

**Chapter 13 Plan**          Case No:    17-10995
                    Debtor(s):    **Robert H. Pollock**
                                  **David A. Elston**

|  |  |
|---|---|
| **Total of A + B + C unsecured claims:    =** | **$279,740.00** |
| D. **Multiply total by percentage:** | **$19,562.00** |
| (Example: Total of $38,500.00 x .22 dividend = $8,470.00) | |

E.  Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

| **Total amount of separately classified claims payable at 100%:** | **$0.00** |
|---|---|

**V.  OTHER PROVISIONS:**

A.  Liquidation of assets to be used to fund plan:

B.  Modification of Secured Claims:  Set forth details of modifications below or on attached sheets.  This information should include name of creditor and detailed explanation of the modification.  The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

C.  Assumption/Rejection of Leases:

Name                                                                                          Election

D.  Miscellaneous Provisions:

Treatment of Student Loan

The Student Loan for the Department of Education shall be classified as an unsecured Non-Dischargeable claim.  The claim will be treated as an unsecured claim in the Plan, and will not be discharged at the end of the Plan.

**Chapter 13 Plan**

Case No:  17-10995
Debtor(s):  **Robert H. Pollock**
**David A. Elston**

**C A L C U L A T I O N   O F   P L A N   P A Y M E N T:**

| | | |
|---|---|---:|
| a) | **Secured claims (Section I-A Total):** | $10,584.00 |
| b) | **Priority claims (Section II-A & B Total):** | $25,804.00 |
| c) | **Administrative claims (Section III-A & B Total):** | $750.00 |
| d) | **Regular unsecured claims (Section IV-D Total):** | $19,562.00 |
| e) | **Separately classified unsecured claims (Section IV-E Total):** | $0.00 |
| f) | **Total of a + b + c + d + e above:** | $56,700.00 |
| g) | **Divide (f) by __0.90__ for total including Trustee's fee:**   Cost of Plan = | $63,000.00 |

(This represents the total amount to be paid into the Chapter 13 Plan.)

| | | |
|---|---|---:|
| h) | **Divide (g) Cost of Plan by Term** | $3,500.00 |
| i) | **Round up to nearest dollar:  Monthly Plan Payment =** | $3,500.00 |

(Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a)(1) unless the Court orders otherwise, debtor shall commence making payments proposed by a plan within thirty ( 30 ) days after the petition is filed.  Pursuant to 11 U.S.C. § 1326(a)(1)(C), the debtor shall make pre-confirmation adequate protection payments directly to the secured creditor.

**Chapter 13 Plan**

Case No.: 17-10995
Debtor(s): **Robert H. Pollock**
**David A. Elston**

## LIQUIDATION ANALYSIS

I. <u>Real Estate:</u>

| List Each Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **Single Family Home located at 23 Trescot Street** | **$620,000.00** | **$558,882.81** |
| **Single Family Home** | **$202,849.00** | **$148,683.00** |
| | Total Net Equity for Real Property: | **$115,283.19** |
| | Less Total Exemptions (Schedule C): | **$10,560.00** |
| | Available Chapter 7: | **$104,723.19** |

II. <u>Automobile:</u>

| Describe year, make, model | Value | Lien | Exemption |
|---|---|---|---|
| **2004 Honda Element, 250,000 miles** | **$2,562.00** | **$0.00** | **$2,562.00** |
| **2004 Chrysler PT Cruiser, 130,000 mi** | **$1,361.00** | **$0.00** | **$1,361.00** |
| | Total Net Equity: | | **$3,923.00** |
| | Less Total Exemptions (Schedule C): | | **$3,923.00** |
| | Available Chapter 7: | | **$0.00** |

III. <u>All other Assets:</u>    (All remaining items on schedule B) : (Itemize as necessary)

| Description | Value | Lien | Exemption |
|---|---|---|---|
| **Living room set, bedroom set, dining** | **$5,000.00** | **$0.00** | **$5,000.00** |
| **Formal and informal clothing** | **$2,000.00** | **$0.00** | **$2,000.00** |
| **2 wedding bands** | **$300.00** | **$0.00** | **$300.00** |
| **Cash on hand** | **$20.00** | **$0.00** | **$20.00** |
| **Bank & Trust Checking Account** | **$300.00** | **$0.00** | **$300.00** |
| **David Elston's Fidelity 401(k) Accour** | **$103,000.00** | **$0.00** | **$103,000.00** |
| | Total Net Value: | | **$110,620.00** |
| | Less Total Exemptions (Schedule C): | | **$110,620.00** |
| | Available Chapter 7: | | **$0.00** |

**SUMMARY (Total amount available under Chapter 7):**

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions:    **$104,723.19**

Additional Comments regarding Liquidation Analysis:

**Chapter 13 Plan**                    Case No:    17-10995
                                       Debtor(s):  **Robert H. Pollock**
                                                   **David A. Elston**

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Keith Durden**                                            **4/10/2017**
Debtor's Counsel                                                Date

Counsel's Address:  **The Durden Law Office**
                    **24 Adams Street**
                    **Quincy, MA 02169**

Tel. #  **(617) 328-4844**          Email Address:   **durdenkeith@verizon.net**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

**/s/ Robert H. Pollock**                                       **4/10/2017**
Debtor                                                          Date

**/s/ David A. Elston**                                         **4/10/2017**
Debtor                                                          Date

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

IN RE:  **Robert H. Pollock**                              CASE NO.  **17-10995**
                     *Debtor*

**David A. Elston**                                        CHAPTER  **13**
                  *Joint Debtor*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 10, 2017, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Keith Durden**
Keith Durden
Bar ID: 656930
The Durden Law Office
24 Adams Street
Quincy, MA 02169
(617) 328-4844

---

AMERICAN EXPRESS
xxxxxxxxxx3103
PO BOX 981537
EL PASSO, TX
79998

BENDETT & MCHIUGH, PC
30 DONFORTH STREET
SUITE 104
PORTLAND, ME
04101

CITIZENS BANK
xxxxxxxx1019
1000 LAFAYETTE GILL
BRIDGEPORT, CT

BANK OF AMERICA
xxxxxxxx9883
PO BOX 982235
EL PASO, TX
79998

CAP1/BERGD
xxx0141
PO BOX 30253
SALT LAKE CITY, UT
84130

Commeity Capital Bank/Paypal Credit
xxx7419, xxx6666, xxx9399
c/o Weinstein & Riley PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

BANK OF AMERICA
xxxxxxxx9964
PO BOX 982235
EL PASO, TX 79998

CAP1/NEIMN
xxx1235
PO BOX 30253
SALT LAKE CITY, UT
84130

DEPARTMENT OF EDUCATION/ OSLA
SERVICING
525 CENTRAL PARK DRIVE, STE 600
OKLAHOMA, CITY, OK
73105

BANK OF AMERICA
xxxxxxxx9871
PO BOX 982235
EL PASO, TX 79998

Carolyn Bankowski, Esq.
PO Box 8250
Boston, MA 02114

DISCOVER FINANCIAL SERVICES
xxxxxxx9555
PO BOX 15136
WILMINGTON, DE
19850

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

IN RE:   **Robert H. Pollock**                             CASE NO.   **17-10995**
_Debtor_

**David A. Elston**                                        CHAPTER   **13**
_Joint Debtor_

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| DIVERSIFIED CONSULTANTS<br>10550 DEERWOOD PARK BLVD<br>SUITE 309<br>JACKSONVILLE, FL 32256 | MRS BPO<br>xxxxxxxx2308<br>1930 OLNEY AVE<br>CHERRY HILL, NJ 08003 | VERIZON<br>xxxxx6138<br>PO BOX 5029<br>WALLINGFORD, CT 06492 |
| Emera Maine<br>PO Box 932<br>Bangor, ME 04402 | NATIONSTAR MORTGAGE<br>x0468<br>8590 CYPRESS WATERS BLVD<br>COPPELL, TX 75019 | WELLS FARGO BANK<br>708005438<br>PO BOX 3117<br>WINSTON SALEM, SC 27102 |
| Jorge A Porras, Esq.<br>BWSC<br>980 Harrison Ave<br>Boston, MA 02119 | NORDSTROM FSB<br>xxxxxx0000<br>PO BOX 13589<br>SCOTTSDALE, AZ 85267 | ZWICKER & ASSOCIATES, P.C.<br>200 MINUTEMAN RD<br>ANDOVER, MA 01810 |
| MACYS<br>xxxx8245<br>PO BOX 8218<br>MASON, OH 45040 | NORDSTROM FSB<br>7658<br>PO BOX 13589<br>SCOTTSDALE, AZ 85267 | |
| MARS COLLECTION AGENCY<br>UNKNOWN<br>5810 E. SKELLY DRIVE, SUITE 200<br>TULSA, OK 74135 | PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BLVD<br>SUITE 100<br>NORFOLK, VA 23502 | |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>PO BOX 7021<br>BOSTON, MA 02204 | Robert H. Pollock<br>23 Trescott Street<br>Dorchester, MA 02125 | |
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114 | SHELL/CBNA<br>x2831<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | |