**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **In Re: Robert H. Pollock** <br> **and David A. Elston** <br> **Debtors** | ) <br> ) <br> ) <br> ) | **Case No. 17-10995-MSH** <br><br> **Chapter 13 Proceeding** <br> **August 22, 2017** |

### OBJECTION TO CONFIRMATION OF PLAN

**U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT**, (the "Creditor"), hereby objects to confirmation of the Debtor's Chapter 13 Plan filed on August 16, 2017 (the "Plan"), in connection with the above referenced matter for the following reasons:

1. The Plan does not fully account for the Creditor's pre-petition mortgage arrearage as set forth in its Proof of Claim dated July 21, 2017.

By /s/ *Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
Federal Bar No.ct13590
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on this 22nd day of August, 2017, a copy of the foregoing was served to the following:

Robert H. Pollock
David A. Elston
Debtors
23 Trescott Street
Dorchester, MA 02125
*Via First Class Mail*

Keith Durden, Esquire
Debtors' Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

Carolyn Bankowski-13, Esq.
Trustee
*Via Electronic Notice of Filing*

By /s/ *Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
Federal Bar No.ct13590
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com